**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Bates; Nyna Bates, | ) | No. CV 14-750-PHX-JAT |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Wells Fargo Bank, N.A., | ) | |
| Defendant. | ) | |
| | ) | |

    The Court has reviewed the Defendant's supplement to the notice of removal. Doc. 22. The Court finds jurisdiction to have been alleged and will take no further action regarding jurisdiction without prejudice to Plaintiffs raising any jurisdictional issue they deem appropriate.

    The Court has received Defendant's notice that Plaintiffs' bankruptcy has been reinstated. Doc. 21. Generally, the automatic stay provisions of the bankruptcy code do not apply to proceedings initiated by the debtor, as is the case here. *See Martin-Trigona v. Champion Federal Savings & Loan*, 1988 WL 46596, *2 (N.D. Ill. 1988); *In re Hill*, 39 B.R. 894, 897 (Bkrtcy. Or., 1984).[1] Therefore, this case is not stayed.

    Finally, the Court is in receipt of Defendant's motion to continue the Rule 16

---

[1] But the cause of action is the property of the estate. *Turner v. Cooke*, 362 F.3d 1219, 1225-26 (9th Cir. 2004); *Cusano v. Klien*, 264 F.3d 936, 945 (9th Cir. 2001).

1  scheduling conference.  Good cause having been shown,

2  **IT IS ORDERED** that the motion (Doc. 20) is granted.  The Rule 16 scheduling
3  conference is continued from August 6, 2014 to August 13, 2014 at 10:00 a.m.

4  DATED this 20th day of June, 2014.

James A. Teilborg
Senior United States District Judge